IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In Re: | Jay M. Rames | : | Bankruptcy No. 23-70297 | |
| | | : | | |
| | Debtor | : | | |
| | | : | Chapter 13 | |
| | Jay M. Rames | : | | |
| | | : | | |
| | Movant | : | | |
| | | : | Related to Document No. 1 | |
| v. | | : | | |
| | | : | | |
| | No Respondent | : | | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_    Voluntary Petition - *Specify reason for amendment*:

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
\_\_\_\_\_    Summary of Schedules
\_\_\_\_\_    Schedule A - Real Property
_x_\_\_\_    Schedule B - Personal Property
_x_\_\_\_    Schedule C - Property Claimed as Exempt
\_\_\_\_\_    Schedule D - Creditors holding Secured Claims
        Check one:
            \_\_\_\_\_ Creditor(s) added
            \_\_\_\_\_ NO creditor(s) added
            \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_    Schedule E - Creditors Holding Unsecured Priority Claims
        Check one:
            \_\_\_\_\_ Creditor(s) added
            \_\_\_\_\_ NO creditor(s) added
            \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_    Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
            \_\_\_\_\_ Creditor(s) added
            \_\_\_\_\_ NO creditor(s) added
            \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_    Schedule G - Executory Contracts and Unexpired Leases
        Check one:
            \_\_\_\_\_ Creditor(s) added
            \_\_\_\_\_ NO creditor(s) added
            \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_    Schedule H - Codebtors
\_\_\_\_\_    Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_    Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_    Statement of Financial Affairs

\_\_\_\_\_    Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_    Chapter 11 List of Equity Security Holders
\_\_\_\_\_    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_    Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_    Other  _____

Date:   October 29th, 2023               Respectfully Submitted:
                                         **/s/ Richard G. Allen, Esquire**
                                         Richard G. Allen, Esquire
                                         P.O. Box 401
                                         Delmont, PA 15626
                                         PA ID #   304865
                                         (814) 240-1013 (phone)
                                         (814) 806-2754 (fax)
                                         richarda@johnstownbankruptcy.com
                                         Attorney for Debtor

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jay M. Rames** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | 23-70297 | | |

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1 Make: **Jeep**
       Model: **Wrangler**
       Year: **2011**
       Approximate mileage: **115000**
       Other information:
       Location: 727 Orchard Drive, Duncansville PA 16635 vehicle in fair condition

       Who has an interest in the property? Check one
       ■ Debtor 1 only
       ☐ Debtor 2 only
       ☐ Debtor 1 and Debtor 2 only
       ☐ At least one of the debtors and another

       ☐ Check if this is community property
       (see instructions)

       Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

       Current value of the entire property? **$8,673.00**
       Current value of the portion you own? **$8,673.00**

   3.2 Make: **Toyota**
       Model: **Camry**
       Year: **2001**
       Approximate mileage: **280,000**
       Other information:
       Location: 727 Orchard Drive, Duncansville PA 16635 vehicle in fair condition

       Who has an interest in the property? Check one
       ■ Debtor 1 only
       ☐ Debtor 2 only
       ☐ Debtor 1 and Debtor 2 only
       ☐ At least one of the debtors and another

       ☐ Check if this is community property
       (see instructions)

       Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

       Current value of the entire property? **$1,635.00**
       Current value of the portion you own? **$1,635.00**

| Debtor 1 | Jay M. Rames | Case number *(if known)* | 23-70297 |
|---|---|---|---|

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ■ Yes

   4.1 Make: **Tiffin**
   Model: **Allegro Red**
   Year: **2019**

   Other information:
   **Location: 727 Orchard Drive, Duncansville PA 16635**
   **fmv determined by JD Power motorhome**

   **Who has an interest in the property?** Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? **$180,000.00**
   Current value of the portion you own? **$180,000.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=> **$190,308.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?    Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | bedroom set, living room set, king bedroom set, two set of china, kitchen appliances, outdoor furniture and grill, office furniture, workbench and basic tools, dining room set, rec room set, table couch endtables, wine cabinet and other household items<br>Location:  D&D Moving and Storage Inc., 7881 Root Road, North Ridgeville, OH 44039 | $8,000.00 |
   |---|---|
   | desk<br>Location: 727 Orchard Drive, Duncansville PA 16635 | $50.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | three personal computers, two televisions<br>Location:  D&D Moving and Storage Inc., 7881 Root Road, North Ridgeville, OH 44039 | $650.00 |
   |---|---|
   | game systems, laptop personal computer<br>Location: 727 Orchard Drive, Duncansville PA 16635 | $400.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No

| Debtor 1 | Jay M. Rames | Case number *(if known)* | 23-70297 |

■ Yes. Describe.....

| | |
|---|---:|
| **book collection paperback books**<br>**art work signed artwork - WWII artwork prints**<br>**Location: D&D Moving and Storage Inc., 7881 Root Road, North Ridgeville, OH 44039** | **$700.00** |
| **Vintage WWII M-1 Rifle in poor shape**<br>**Location: 727 Orchard Drive, Duncansville PA 16635** | **$3,000.00** |

9. **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---:|
| **Chicken coup**<br>**Location: 727 Orchard Drive, Duncansville PA 16635** | **$500.00** |
| **in ground pool**<br>**Location: 727 Orchard Drive, Duncansville PA 16635** | **$1,000.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---:|
| **pistol, rifle**<br>**Location: 727 Orchard Drive, Duncansville PA 16635** | **$500.00** |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---:|
| **clothes and shoes**<br>**Location: 727 Orchard Drive, Duncansville PA 16635**<br>**and Location: D&D Moving and Storage Inc., 7881 Root Road, North Ridgeville, OH 44039** | **$200.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---:|
| **wedding band, watch**<br>**Location: 727 Orchard Drive, Duncansville PA 16635** | **$1,500.00** |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

Debtor 1   Jay M. Rames                                                                 Case number *(if known)*  23-70297

| | |
|---|---|
| **11 chickens**<br>**two dogs**<br>**1 gecko**<br>**Location: 727 Orchard Drive, Duncansville PA 16635** | **$135.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................**  **$16,635.00**

### Part 4:  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes...............................................................................................

    **Cash on hand**                                                                                **$40.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................           Institution name:

    |   |   |   |   |
    |---|---|---|---|
    | 17.1. | **Checking** | USAA | $44.00 |
    | 17.2. | **Savings** | USAA | $65.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................       Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them....................
       Name of entity:                                         % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No

Debtor 1    Jay M. Rames                                        Case number *(if known)*  23-70297

■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) | Fidelity | $50,000.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                            Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                                                **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

Debtor 1    Jay M. Rames                                      Case number *(if known)*   23-70297

| | | |
|---|---|---|
| **Fidelity** term life insurance | Ann Rames | $0.00 |
| USAA term life insurance | Ann Rames | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................**    $50,149.00

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
    If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................    $0.00

Debtor 1  **Jay M. Rames**        Case number *(if known)* **23-70297**

| Part 8: | List the Totals of Each Part of this Form |

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................... | | | $0.00 |
| 56. | **Part 2: Total vehicles, line 5** | $190,308.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $16,635.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $50,149.00 | | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $257,092.00 | Copy personal property total | $257,092.00 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | $257,092.00 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jay M. Rames** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | 23-70297 | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2011 Jeep Wrangler 115000 miles Location: 727 Orchard Drive, Duncansville PA 16635 vehicle in fair condition**<br>Line from *Schedule A/B*: **3.1** | $8,673.00 | ■ $4,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2011 Jeep Wrangler 115000 miles Location: 727 Orchard Drive, Duncansville PA 16635 vehicle in fair condition**<br>Line from *Schedule A/B*: **3.1** | $8,673.00 | ■ $4,223.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **2001 Toyota Camry 280,000 miles Location: 727 Orchard Drive, Duncansville PA 16635 vehicle in fair condition**<br>Line from *Schedule A/B*: **3.2** | $1,635.00 | ■ $1,635.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **2019 Tiffin Allegro Red Location: 727 Orchard Drive, Duncansville PA 16635 fmv determined by JD Power motorhome**<br>Line from *Schedule A/B*: **4.1** | $180,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | **Jay M. Rames** | | Case number (if known) | **23-70297** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **bedroom set, living room set, king bedroom set, two set of china, kitchen appliances, outdoor furniture and grill, office furniture, workbench and basic tools, dining room set, rec room set, table couch endtables, wine cabinet and other household items**<br>Line from *Schedule A/B*: **6.1** | $8,000.00 | ■ $8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **desk**<br>**Location: 727 Orchard Drive, Duncansville PA 16635**<br>Line from *Schedule A/B*: **6.2** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **three personal computers, two televisions**<br>**Location: D&D Moving and Storage Inc., 7881 Root Road, North Ridgeville, OH 44039**<br>Line from *Schedule A/B*: **7.1** | $650.00 | ■ $650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **game systems, laptop personal computer**<br>**Location: 727 Orchard Drive, Duncansville PA 16635**<br>Line from *Schedule A/B*: **7.2** | $400.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **book collection paperback books art work signed artwork - WWII artwork prints**<br>**Location: D&D Moving and Storage Inc., 7881 Root Road, North Ridgeville, OH 44039**<br>Line from *Schedule A/B*: **8.1** | $700.00 | ■ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Vintage WWII M-1 Rifle in poor shape**<br>**Location: 727 Orchard Drive, Duncansville PA 16635**<br>Line from *Schedule A/B*: **8.2** | $3,000.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Chicken coup**<br>**Location: 727 Orchard Drive, Duncansville PA 16635**<br>Line from *Schedule A/B*: **9.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **in ground pool**<br>**Location: 727 Orchard Drive, Duncansville PA 16635**<br>Line from *Schedule A/B*: **9.2** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **pistol, rifle**<br>**Location: 727 Orchard Drive, Duncansville PA 16635**<br>Line from *Schedule A/B*: **10.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | **Jay M. Rames** | | Case number (if known) | **23-70297** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **clothes and shoes**<br>**Location: 727 Orchard Drive, Duncansville PA 16635**<br>**and Location:  D&D Moving and Storage Inc., 7881 Root Road, North Ridgeville, OH 44039**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **wedding band, watch**<br>**Location: 727 Orchard Drive, Duncansville PA 16635**<br>Line from *Schedule A/B*: **12.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **11 chickens**<br>**two dogs**<br>**1 gecko**<br>**Location: 727 Orchard Drive, Duncansville PA 16635**<br>Line from *Schedule A/B*: **13.1** | $135.00 | ■ $135.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Cash on hand**<br>Line from *Schedule A/B*: **16.1** | $40.00 | ■ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: USAA**<br>Line from *Schedule A/B*: **17.1** | $44.00 | ■ $44.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings: USAA**<br>Line from *Schedule A/B*: **17.2** | $65.00 | ■ $65.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **401(k): Fidelity**<br>Line from *Schedule A/B*: **21.1** | $50,000.00 | ■ $50,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Fidelity**<br>**term life insurance**<br>**Beneficiary: Ann Rames**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |
| **USAA term life insurance**<br>**Beneficiary: Ann Rames**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes