IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Jay M. Rames | : | Bankruptcy No. 23-70297 |
| | | : | Chapter 13 |
| | Debtor | : | |
| | | : | |
| | | : | Related to Document No. 24 25 |
| | Jay M. Rames | : | |
| | Movant | : | |
| | | : | |
| | v. | : | |
| | | : | |
| | | : | |
| | No Respondent | : | |

**CERTIFICATE OF SERVICE OF AMENDED SCHEDULES B and C AND ORDER**

I certify under penalty of perjury that I served the above Amended Schedules and Order of Court on the parties at the addresses specified below or on the attached list on October 31st, 2023.

The type(s) of service made on the parties was electronic mail and U.S. Mail (where designated).

EXECUTED ON: **October 31st, 2023:**    Respectfully Submitted
**/s/ Richard G. Allen, Esq.**
Richard G. Allen
PA I.D. #304865
P.O. Box 401
Delmont, PA 15626
(814) 240-1013 (P)
(814) 806-2754 (F)
Email: richarda@johnstownbankruptcy.com

Attorney for Debtor

**PAWB Local Form 7 (07/13)**

MATRIX

**VIA Email:**

Brian Nicholas on behalf of Creditor FLAGSTAR BANK, N.A.
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Via US Mail:**

Jay M. Rames
727 Orchard Drive
Duncansville, PA 16635

Bankers Healthcare Group, LLC
201 Solar Street
Syracuse, NY 13204

BHG Financial
201 East Las Olas Boulevard
Suite 1110
Fort Lauderdale, FL 33301

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

CFNA/Credit First Natl Association
Attn: Bankruptcy
P.O. Box 818011
Cleveland, OH 44181-8011

Comenity Capital/goodsa
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH 43218

Costco Citi Card
Attn: Bankruptcy
P.O. Box 6500
Sioux Falls, SD 57117

D&D Moving and Storage Inc.
7881 Root Road
North Ridgeville, OH 44039

Flagstar Bank
Attn: Bankruptcy
5151 Corporate Drive
Troy, MI 48098

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Upstart Network, Inc
PO BOX 1931
Burlingame, CA 94011-1931

Upstart
Upstart Operations/ Attn:Bankruptcy
P.O. Box 1503
San Carlos, CA 94070

| | |
|---|---|
| USAA Federal Savings Bank | Verizon |
| Attn: Bankruptcy | Verizon Wireless Bk Admin |
| 9800 Fredricksburg Rd. | 500 Technology Dr Ste 550 |
| San Antonio, TX 78288 | Weldon Springs, MO 63304 |