IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Jay M. Rames | : | Bankruptcy No. 23-70297 |
| | | : | Chapter 13 |
| | Debtor | : | |
| | | : | |
| | | : | Related to Docs 39,40 |
| | Jay M. Rames | : | |
| | Movant | : | |
| | | : | |
| | v. | : | |
| | | : | |
| | | : | |
| | Ronda J. Winnecour | : | |
| | Chapter 13 Trustee | : | |

**CERTIFICATE OF SERVICE OF DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

I certify under penalty of perjury that I served the above Motion To Dismiss Chapter 13 Case on the parties at the addresses specified below or on the attached list on March 25th, 2025.

The types of service made on the parties was electronic mail and U.S. Mail (where designated).

EXECUTED ON: **March 25th, 2025:**

Respectfully Submitted
**/s/ Richard G. Allen, Esq.**
Richard G. Allen
PA I.D. #304865
752 Bedford Street
Johnstown, PA 15902
(814) 240-1013 (P)
(814) 806-2754 (F)
Email: richarda@johnstownbankruptcy.com

Attorney for Debtor

**PAWB Local Form 7 (07/13)**

MATRIX

**VIA Email:**

Brian Nicholas on behalf of Creditor FLAGSTAR BANK, N.A.
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Via US Mail:**

Jay M. Rames
727 Orchard Drive
Duncansville, PA 16635

Bankers Healthcare Group, LLC
201 Solar Street
Syracuse, NY 13204

BHG Financial
201 East Las Olas Boulevard
Suite 1110
Fort Lauderdale, FL 33301

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

CFNA/Credit First Natl Association
Attn: Bankruptcy
P.O. Box 818011
Cleveland, OH 44181-8011

Comenity Capital/goodsa
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH 43218

Costco Citi Card
Attn: Bankruptcy
P.O. Box 6500
Sioux Falls, SD 57117

CREDIT FIRST NA
PO BOX 818011
CLEVELAND,OH 44181-8011

D&D Moving and Storage Inc.
7881 Root Road
North Ridgeville, OH 44039

Flagstar Bank
Attn: Bankruptcy
5151 Corporate Drive
Troy, MI 48098

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Upstart Network, Inc
PO BOX 1931
Burlingame, CA 94011-1931

Upstart
Upstart Operations/ Attn: Bankruptcy
P.O. Box 1503
San Carlos, CA 94070

USAA Federal Savings Bank
Attn: Bankruptcy
9800 Fredricksburg Rd.
San Antonio, TX 78288

Verizon
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304