**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JAY M. RAMES <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:23-70297 JAD <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/31/2023 and confirmed on 10/24/2023. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 57,450.00 |
| Less Refunds to Debtor | 2,764.88 | |
| TOTAL AMOUNT OF PLAN FUND | | 54,685.12 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,500.00 | |
|     Trustee Fee | 3,447.00 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,947.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FLAGSTAR BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2605 | | | | |
|   FLAGSTAR BANK FSB | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2605 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Priority** | | | | |
|   RICHARD G ALLEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAY M. RAMES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAY M. RAMES | 2,764.88 | 2,764.88 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF RICHARD G ALLEN | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 10,885.23 | 10,885.23 | 0.00 | 10,885.23 |
|     Acct: 7542 | | | | |
|   D AND D MOVING AND STORAGE INC | 0.00 | 5,775.00 | 0.00 | 5,775.00 |
|     Acct: | | | | |

| 23-70297 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| D AND D MOVING AND STORAGE INC | 807.00 | 807.00 | 0.00 | 807.00 |
| Acct: | | | | |
| | | | | 17,467.23 |
| **Unsecured** | | | | |
| BANKERS HEALTHCARE GROUP LLC | 38,133.19 | 16,778.60 | 0.00 | 16,778.60 |
| Acct: 1529 | | | | |
| CAPITAL ONE NA BY AMERICAN INFOSOU | 2,881.52 | 1,267.87 | 0.00 | 1,267.87 |
| Acct: 6415 | | | | |
| CREDIT FIRST NA* | 1,046.85 | 460.61 | 0.00 | 460.61 |
| Acct: 7542 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 4,557.24 | 2,005.19 | 0.00 | 2,005.19 |
| Acct: 9947 | | | | |
| LVNV FUNDING LLC | 8,883.22 | 3,908.62 | 0.00 | 3,908.62 |
| Acct: 7074 | | | | |
| UPSTART NETWORK | 7,329.50 | 3,224.98 | 0.00 | 3,224.98 |
| Acct: 6713 | | | | |
| USAA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4296 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: EFF0 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: E937 | | | | |
| INTERNAL REVENUE SERVICE* | 3,693.23 | 1,625.02 | 0.00 | 1,625.02 |
| Acct: 7542 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 29,270.89 |
| **TOTAL PAID TO CREDITORS** | | | | 46,738.12 |

```
TOTAL CLAIMED
   PRIORITY         11,692.23
   SECURED               0.00
   UNSECURED        66.524.75
```

Date: 06/10/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com